1  JOHN M. RIESTENBERG
   LAW OFFICES OF JOHN M. RIESTENBERG
2  455 Capitol Mall, Suite 410
   Sacramento, CA 95814
3  Telephone:   (916) 443-6300
   Facsimile:    (916) 329-3435
4
5  Attorney for Plaintiff
   DONNA LINDQUIST
6
7  PAMELA E. COGAN (SBN 105089)
   ROBERT G. CUMMINGS (SBN 204438)
8  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street
9  Redwood City, CA 94063
   Telephone:   (650) 364-8200
10 Facsimile:    (650) 780-1701

11 Attorneys for Defendant
   LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

12                     UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14

15 | DONNA LINDQUIST,                          | Case No. C 03-03982 SBA
16 |         Plaintiff,                        | **STIPULATION AND ORDER OF DISMISSAL**
17 | v
18 | LIBERTY LIFE ASSURANCE COMPANY
   | OF BOSTON, and DOES 1 through 20,
19 | inclusive,
20 |         Defendant.

21     IT IS HEREBY STIPULATED by and between DONNA LINDQUIST, by and through
22 her counsel and Defendant, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, by and
23 through its counsel, that the above-captioned matter may be dismissed with prejudice
24
25
26
27
28

RC1/3739531/RGC                           - 1 -        STIPULATION AND ORDER OF DISMISSAL
                                                       C 03-03982 SBA

| | | |
|---|---|---|
| 1 | Dated: June __/__, 2005 | LAW OFFICES OF JOHN M. RIESTENBERG |
| 2 | | |
| 3 | | By: _____ |
| 4 | | JOHN M. RIESTENBERG<br>Attorneys for Plaintiff<br>DONNA LINDQUIST |

Dated: June _13_, 2005

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
PAMELA E. COGAN
ROBERT G. CUMMINGS
Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

## ORDER

IT IS HEREBY ORDERED that this action is dismissed with prejudice.

Dated: 6-16-05      /s/ Saundra Brown Armstrong
                    UNITED STATES DISTRICT COURT JUDGE